UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Stephen Patrick Shockney		:		Case #: 06-51473

						:		Chapter 13

						:		Judge Caldwell

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: April 21, 2011				/s/ Frank M. Pees
						Frank M. Pees
						Chapter 13 Trustee


Name and Address				Amount
Ellard Hart & Associates			$727.76
2388 E. Main Street #105
Columbus, OH 43209